

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00279-CR

Style:     Joseph Juan Facundo

     **v** The State of Texas

Date motion filed[*]:     April 20, 2015

Type of motion:     Motion for extension of time

Party filing motion:     Appellant

Document to be filed:     Appellant's brief

If motion to extend time:

     Original due date:     N/A

     Number of extensions granted:          Current Due date:  N/A

     Date Requested:

Ordered that motion is:

     ☐     Granted

          If document is to be filed, document due:

          ☐     No further extensions of time will be granted absent extraordinary circumstances

     ☐     Denied

     ☒     Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

     **Because appellant filed a notice of appeal on March 6, 2015, the appellate record is due on May 5, 2015.** *See* **TEX. R. APP. P. 35.1. Although the reporter's record has been filed, no clerk's record has yet been filed. Appellant's brief is therefore not yet due.** *See id.* **38.6(a). The motion is dismissed as moot.**

Judge's signature: /s/ Chief Justice Sherry Radack
          ☒ Acting individually     ☐ Acting for the Court
Panel consists of _____

Date:  April 28, 2015

November 7, 2008 Revision